

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable O. J. S. Ellingson
General Manager
Texas Prison System
Huntsville, Texas

Dear Sir:
Supplement to
Opinion No. 0-1100-A
Re: Is Comptroller of Public Accounts
authorized to approve for payment
the claim for premium on an insur-
ance policy out of appropriation
made to Texas Prison System to pay
'liability insurance premium' when
the policy is for both casualty and
liability insurance?

Your letter of December 18, 1939, returning to this
department the amended policy issued by the Hartford Steam
Boiler Inspection and Insurance Company, policy No. 21479,
dated May 23, 1939, received.

We have again carefully examined this policy and
reviewed again our opinion No. 0-1100, approved July 26,
1939. We note that Sections 1 and 2 of the policy have been
entirely eliminated. Sections 3 and 4 of the policy only
obligate the company to pay such sum or sums as the assured
may be liable for. Under the well-settled principle of law
the State of Texas is not liable for any damage that may be
suffered by anyone covered by any of the provisions of the
policy, and, therefore, no protection will be afforded the
State by said sections 3 and 4. You would, therefore, be
paying for something that would not be of any value to the
State.

In the absence of statutory authority the Prison
Board is not authorized to pay for the insurance protection
provided for in the policy submitted. Article 6166zz10,
R. C. S., does authorize the Prison Board to take liability
insurance on automobiles, and this is manifestly the lia-
bility insurance referred to in the appropriation bill.

We understand from you that it is very important
the boilers belonging to the penitentiary system be inspected
at regular intervals by competent boiler inspectors. We call

attention to the fact that the Labor Commissioner of Texas is charged with the responsibility of having all boilers in Texas inspected at certain times or intervals, and we know of no reason why that department should not properly inspect the State boilers in the same manner that boilers of all private individuals are inspected.

You are advised that it is our opinion that the premium on the policy under consideration may not be legally paid from the current appropriation made to the Texas Prison System to pay "liability insurance premium," and that we have no reason to change the views expressed by us in opinion No. O-1100, by reason of the changes made in the policy.

We are returning to you herewith the policy which you sent for our inspection.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Geo. W. Barcus
Geo. W. Barcus
Assistant

GWB-GO-wc
Enclosure


APPROVED FEB 1, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman